**Order entered July 31, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00780-CV

**WHITE NILE SOFTWARE, INC., Appellant**

**V.**

**CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17105**

## ORDER

Before the Court is appellant's July 30, 2019 motion for an extension of time to file its

brief on the merits.  We **GRANT** the motion and extend the time to **August 21, 2019**.


/s/     KEN MOLBERG
JUSTICE